# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*KOMET BEING v. ADAM CRUM*
Case No. 3:19-cv-00060-TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:     ORDER FROM CHAMBERS

The matter was initiated by Plaintiff Komet Being on March 4, 2019, seeking declaratory and injunctive relief as well as monetary damages for alleged discrimination under the Alaska Medicaid program.[1] On April 30, 2019, Stacie L. Kraly, Chief Assistant Attorney General for the Alaska Department of Law, Office of the Attorney General filed an appearance on behalf of Defendant Adam Crum.[2] Defendant filed an Answer shortly thereafter.[3]

The Court *sua sponte* raises an issue involving 28 U.S.C. § 455(b) implicated by the appearance of the State of Alaska. The Court discloses that an immediate family member at the Alaska Department of Law has supervisory authority over Ms. Kraly at the Alaska Department of Law.

Accordingly, the undersigned **HEREBY RECUSES** himself from this matter. This matter and the pending motions will be randomly reassigned to another district judge in the District of Alaska.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 28, 2019

---

[1] Dkt. 1.
[2] Dkt. 4.
[3] Dkt. 7.

1