Goriune Dudukgian (AK Bar No. 0506051)
James J. Davis, Jr. (AK Bar No. 9412140)
NORTHERN JUSTICE PROJECT, LLC
310 K Street, Suite 200
Anchorage, AK 99501
Tel: (907) 264-6634 | Fax: (866) 813-8645
Email: gdudukgian@njp-law.com
Email: jdavis@njp-law.com

Carl S. Charles (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall St., 19th Floor
New York, NY 10005
Tel: 212-809-5858 | Fax: 212-809-0055
Email: ccharles@lambdalegal.org

*Attorneys for Plaintiffs*
*Additional Counsel on Next Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KOMET BEING, et al., | Case No. 3:19-cv-00060-HRH |
| Plaintiffs, | |
| v. | |
| ADAM CRUM, et al., | |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF STIPULATED SETTLEMENT AGREEMENT AND ORDER**

1

*Additional Counsel for Plaintiffs*

Nora W. Huppert (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
4221 Wilshire Blvd., Ste. 280
Los Angeles, CA 90010
Tel: 213-382-7600 | F: 213-351-6050
nhuppert@lambdalegal.org

Tara L. Borelli (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree St. NE, Ste. 640
Atlanta, GA 30308
Tel: 470-225-5341 | Fax: 404-897-1884
tborelli@lambdalegal.org

Danielle M. Ryman
    AK Bar No. 9911071_
Sarah L. Schirack
    AK Bar No. 1505075
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Tel: 907-279-8561 | Fax: 907-276-3108
dryman@perkinscoie.com
sschirack@perkinscoie.com

In light of the parties having reached a joint resolution which resolves all claims in the above-captioned case, Plaintiffs Komet ("Swan") Being, Robin Black, and Austin Reed (collectively, "Plaintiffs") and Defendants Adam Crum, in his official capacity as Commissioner of the Alaska Department of Health and Social Services, and the Alaska Department of Health and Social Services (collectively, "Defendants"), respectfully move the Court to enter their proposed Stipulated Settlement Agreement and Order (attached hereto as Exhibit A), and in support thereof, state as follows:

1.      On March 4, 2019, Ms. Being filed a Class Action Complaint against Defendant Adam Crum, in his official capacity as Commissioner of the Alaska Department of Health and Social Services. On January 8, 2020, Ms. Being, Ms. Black, and Mr. Reed filed their First Amended Class Action Complaint against Defendant Crum and Defendant Alaska Department of Health and Social Services. On August 24, 2020,

Plaintiffs filed their Second Amended Class Action Complaint. Plaintiffs sought to enjoin enforcement of 7 Alaska Administrative Code ("AAC") 105.110(12) and 7 AAC 110.405(d)(5), and any other source of law, regulation, policy, or practice that denies treatment for gender dysphoria to Alaska Medicaid recipients (the "Challenged Regulations").

2. Plaintiffs alleged that the Challenged Regulations violate the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution by subjecting transgender beneficiaries of Alaska Medicaid to unlawful discrimination on the basis of transgender status and sex; Section 1557 of the Affordable Care Act, 42 U.S.C. § 18116, by subjecting transgender beneficiaries of Alaska Medicaid to unlawful discrimination on the basis of sex in a health program or activity receiving federal funding; the Medicaid Act's Availability Requirements, 42 U.S.C. § 1396a(a)(10)(A); and the Medicaid Act's Comparability Requirements, 42 U.S.C. § 1396a(a)(10)(B).

3. The parties desire to resolve the issues raised in Plaintiffs' complaint without the necessity of further litigation.

4. The parties consent to entry of the attached proposed Stipulated Settlement Agreement and Order as dispositive of all issues raised in this matter.

5. The Stipulated Settlement Agreement and Order will be binding on Defendant Crum in his official capacity and on any successor to the position of Commissioner of the Alaska Department of Health and Social Services. Nothing in this Agreement precludes the Department from taking additional action to amend or change state statute or regulations so long as those changes are made pursuant to the

3

Administrative Procedure Act. Nothing in this Agreement precludes plaintiffs or counsel for plaintiffs from challenging any statutory, regulatory, or programmatic changes made in the future.

WHEREFORE, in light of the parties' agreement regarding this matter, the parties respectfully request that this Court enter the attached Stipulated Settlement Agreement and Order.

Dated: December 22, 2020

Respectfully submitted,

/s/ Carl S. Charles
Carl S. Charles (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall St., 19th Floor
New York, NY 10005
Tel: 212-809-5858 | Fax: 212-809-0055
ccharles@lambdalegal.org

Goriune Dudukgian
AK Bar No. 0506051
James J. Davis, Jr.
AK Bar No. 9412140
NORTHERN JUSTICE PROJECT, LLC
310 K Street, Suite 200
Anchorage, AK 99501
T: (907) 264-6634 | F: (866) 813-8645
gdudukgian@njp-law.com
jdavis@njp-law.com

Danielle M. Ryman
AK Bar No. 9911071_
Sarah L. Schirack
AK Bar No. 1505075
PERKINS COIE LLP
Tel: 907-279-8561 | Fax: 907-276-3108
dryman@perkinscoie.com
sschirack@perkinscoie.com

Nora W. Huppert (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
4221 Wilshire Blvd., Ste. 280
Los Angeles, CA 90010
Tel: 213-382-7600 | Fax: 213-351-6050
nhuppert@lambdalegal.org

Tara L. Borelli (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree St. NE, Ste. 640
Atlanta, GA 30308
Tel: 470-225-5341 | Fax: 404-897-1884
tborelli@lambdalegal.org

*Attorneys for Plaintiffs*

4

CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

/s/ Stacie L. Kraly
Stacie L. Kraly
     AK Bar No. 9406040
Chief Assistant Attorney General
Lael A. Harrison
     AK Bar No. 0811093
Senior Assistant Attorney General
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
T: 907-465-3600 | F: 907-465-3019
stacie.kraly@alaska.gov
lael.harrison@alaska.gov

*Attorneys for Defendants*