IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KOMET BEING, et al.,

                    Plaintiffs,

vs.

ADAM CRUM, et al.,

                    Defendants.

No. 3:19-cv-0060-HRH

ORDER

Joint Motion for Entry of Stipulated Settlement Agreement[1]

The parties' joint motion for entry of a stipulated settlement agreement is granted.

The parties' stipulated settlement agreement is approved.

DATED at Anchorage, Alaska, this 25th day of January, 2021.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 51.

ORDER – Joint Motion for Entry of Stipulated Settlement Agreement    - 1 -